Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA HOLDERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br>a foreign insurer,<br><br>Defendant. | CASE NO.: 2:25-cv-01095-RAJ<br><br>**ORDER REMANDING CASE TO STATE COURT** |

PURSUANT TO STIPULATION, it is ORDERED that this matter is remanded to King County Superior Court in the State of Washington.

DATED this 14th day of July, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING CASE
TO STATE COURT
No. 2:25-cv-01095-RAJ – Page 1

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095